IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LISA ANN KABELE,

                Plaintiff,                           OPINION AND ORDER

v.

                                                        12-cv-776-wmc

CAROLYN V. COLVIN, Acting Commissioner
of Social Security,

                Defendant.

---

        The court need not again detail the procedural history of this case involving a *pro se* plaintiff, other than to note that its status on remand has been less than clear. (Dkt. ##26, 28, 34.) In her most recent filings, the Commissioner represents that administrative proceedings are still ongoing, with the ALJ yet to issue a decision following his September 14, 2016, hearing, and with the possibility, that, in the case of a denial, the Appeals Council may further review the ALJ's decision. In light of those representations, the court will grant the Commissioner's renewed motion to close this case administratively pending the conclusion of the proceedings on remand.

        The Commissioner is cautioned, however, that she *must* provide prompt updates to the court of any developments in those administrative proceedings, including (1) the issuance of the ALJ decision following the most recent September 14, 2016, hearing; (2) the filing of any written exceptions to the ALJ's decision; and (3) any action by the Appeals Council. In addition, if plaintiff's claim is denied, the Commissioner is directed to file the supplemental administrative record within two weeks of any final decision. In the event there are no developments by the end of the year, the Commissioner should file a report on or before January 7, 2017, so stating.

ORDER

IT IS ORDERED that:

1) Defendant Carolyn W. Colvin's renewed motion for relief from an order pursuant to Federal Rule of Civil Procedure 60(b) (dkt. #37) is GRANTED.

2) The clerk of court is directed to administratively close this case pending resolution of administrative proceedings.

3) The Commissioner is directed to provide the court status updates as detailed above.

Entered this 4th day of November, 2016.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge