IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LISA ANN KABELE,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

Case No. 12-cv-776-wmc

    This is an action for judicial review of an adverse decision of the Commissioner of Social Security. On January 31, 2017, this court issued a briefing schedule allowing plaintiff Lisa Kabele until March 17, 2017 to submit a brief in support of her petition for review of the Commissioner's decision. The deadline has passed, and plaintiff has not yet filed her brief.

    Because plaintiff is proceeding *pro se* and may not have understood what she was to file, I will give her an extension of time to file her brief. In her brief, plaintiff does not need to make legal arguments or cite to any legal authority (although she is welcome to do so), but she must explain to the court the specific reasons why she thinks the administrative law judge wrongly decided her claim for social security benefits. In addition, plaintiff should review the administrative law judge's decision and point out those findings that she disagrees with, citing to evidence in the administrative record that supports her position.

    If plaintiff fails to submit her brief in support of her claim by the new deadline, this action will be dismissed for her failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Lisa Ann Kabele may have until April 17, 2017 to submit a brief in support of her claim that she is entitled to receive disability benefits. Failure to submit this brief will result in dismissal of this action for plaintiff's failure to prosecute. The government may have until June 1, 2017 to submit an answering brief. Plaintiff may have until June 16, 2017 to submit a reply brief.

Entered this 29th day of March, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge